**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>              Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>              Defendants. | Case No. 26-cv-01416<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss & Co. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| HAYfdfdA | 18 |
| HurRaoerrrr | 19 |
| JSN US Distribution | 21 |
| TepraLumse | 44 |
| zhuosensi | 52 |

| | |
|---|---|
| Dated this 6th day of March 2026. | Respectfully submitted,<br><br>/s/ Justin R. Gaudio<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Marcella D. Slay<br>Jennifer M. Younan<br>Greer, Burns & Crain, Ltd.<br>200 West Madison Street, Suite 2100<br>Chicago, Illinois 60606<br>312.360.0080<br>312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>mslay@gbc.law<br>jyounan@gbc.law<br><br>*Counsel for Plaintiff Levi Strauss & Co.* |