IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., | |
| Plaintiff, | Case No. 26-cv-01416 |
| v. | **Judge Thomas M. Durkin** |
| AIRYFLEX, et al., | **Magistrate Judge Gabriel A. Fuentes** |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss & Co. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| jiyongm | 20 |
| MaxxCloud | 30 |
| Mikylay | 32 |

Dated this 12th day of March 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Jennifer M. Younan
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
jyounan@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*