**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEVI STRAUSS & CO., | |
| Plaintiff, | Case No. 26-cv-01416 |
| v. | **Judge Thomas M. Durkin** |
| AIRYFLEX, et al., | **Magistrate Judge Gabriel A. Fuentes** |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss &

Co. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| alacrity shop | 2 |
| auspiciousd shop | 3 |
| Bonrumia | 6 |
| BUBUTING | 8 |
| Getfun | 16 |
| GU GAI | 17 |
| Lian Ying. | 24 |
| LIPUNG | 25 |
| nebulasn | 34 |
| shineW | 40 |
| starrys sky | 41 |
| T.BESTAGE | 42 |
| Tedoa | 43 |
| WAN YE | 45 |
| Whale Seas | 46 |
| YUN ZHEN(gerenduzi) | 49 |
| zaozhuangjiangdishangmaoyouxiangongsi | 51 |
| hubenwho | 54 |
| XINBINGLE | 68 |
| XinYueFeiD | 69 |

Dated this 19th day of March 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Jennifer M. Younan
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
jyounan@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*